Gustav **KLOSZEWSKI**, Plaintiff–
Appellant,

v.

**U.S. DEPARTMENT OF JUSTICE**, Federal Bureau of Prisons, J.M. Killian, individually and as Administrative Warden of FCC Coleman, et al., Defendants–Appellees.

No. 06–10614
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 8, 2006.

J. David Huskey, Jr., McGee & Huskey, P.A., Fort Lauderdale, FL, for Plaintiff–Appellant.

---

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/Middle Dist. of FL, Tampa, FL, for Defendants–Appellees.

Before MARCUS, WILSON and COX, Circuit Judges.

PER CURIAM:

Gustav Kloszewski ("Kloszewski") appeals the district court's grant of the Appellees' motion for summary judgment on his claims under the Federal Tort Claims Act, 28 U.S.C. § 2671 *et seq.* (the "FTCA") and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Kloszewski's claims stem from a recalculation of his sentence for drug trafficking concurrent with the recalculation of his sentence for violating his parole.

We have considered the briefs, and relevant parts of the record, and find no reversible error.

**AFFIRMED.**